AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the
Western District of Arkansas
Fayetteville Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 8 2016

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

In the Matter of the Search of:

**Information Associated with Facebook User names:
Facebook ID: 100000694209269, daphne.ridenour,
Umm Ammara Khalid DaphneCrawford
and Awesome Community of Prairie Grove Arkansas
with a Facebook ID: 564784926876005
that is stored at premises controlled by Facebook.**

Case No. __16 CM 63__

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located outside the Western District of Arkansas, but **This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41**.

### SEE ATTACHMENT "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

The search is related to a violation of Title 18 U.S.C. Section 875(c), and the application is based on these facts:

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI AGENT SHUN TURNER
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7|8|16__

_____
*Judge's signature*

City and state: FAYETTEVILLE, Arkansas

ERIN SETSER, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID **100000694209269**, FACEBOOK USER NAME **"daphne.ridenour,"** DISPLAYED NAME **"Umm Ammara Khalid DaphneCrawford"** AND **Facebook page "Awesome Community of Prairie Grove Arkansas" with a Facebook ID** 564784926876005<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No.<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Shun L. Turner, a special agent with the Federal Bureau of Investigation, (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. 875(c) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.     I am a Special Agent with the FBI, and have been so employed for approximately 11 years. I am currently assigned to the Fayetteville Resident Agency of the Little Rock Division of the FBI. During my employment with the FBI, I have received training concerning and have been involved in the investigations of federal offenses. Specifically, I have investigated cases involving the use of the Internet, and specifically, Facebook, to pass data from one user to another.

3.     This affidavit is being submitted in support of an application for a search warrant authorizing the search of the basic subscriber information (sometimes referred to as Neoselect); the expanded subscriber content (sometimes referred to as Neoprint); User Photos (sometimes referred to as Photoprint); Group Information; Private Messages and Internet Protocol Logs maintained and stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. (Facebook, Incorporated with a Security/Legal Compliance Department headquartered at 1601 South California Avenue in Palo Alto, California 94304), specifically the accounts identified with the Facebook user names:

1-100000694209269, Facebook user name "**daphne.ridenour**" and displayed name "**Umm Ammara Khalid DaphneCrawford,**" AND

2-Facebook page "**Awesome Community of Prairie Grove Arkansas**"

With a date range beginning on **May 24, 2016 and ending on June 15, 2016**

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. Section 875(c) (Interstate

2

Communication containing a Threat to Injure) have been committed by Daphne Ridenour. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## **AUTHORITY**

5.      Pursuant to 18 United States Code Section 875(c), it is a federal crime for any person to:  "transmit in interstate and foreign commerce any communication containing any threat to kidnap any person or any threat to injure another person of another."

### **Background Regarding Facebook Accounts**

6.      Based on my knowledge and experience and information obtained from other law enforcement personnel with training and experience in this area, the following is known about Facebook accounts:

a.   Facebook, Incorporated is a social networking website that provides electronic services to the general public free-of-charge.

b.   Stored electronic communications, including but not limited to status update history, shares, notes, wall postings, friend listing, groups listing, video listing, user photographs, group information and private messages for Facebook subscribers, may be located on Facebook's servers.

c.   Electronic communications are stored under the Facebook subscriber's profile or account on Facebook's servers.  A particular message can remain on the

3

Facebook server indefinitely, if the subscriber does not specifically remove it
from their profile/account.

d.  A Facebook subscriber can store files, including but not limited to messages,
wall postings, image files, video files and attachments, on the Facebook server
under the subscriber's profile/account.  If a subscriber has friends also
utilizing Facebook profiles/accounts they could transfer files to and from the
various profiles/accounts.

e.  Facebook also maintains transaction information, including log records of
Internet Protocol (IP) addresses, used to access accounts.  A particular
computer connected to the Internet is most commonly identified by an IP
address and is usually traceable to a particular Internet Service Provider (ISP),
who provides the user with their Internet connection.

f.  Facebook maintains subscriber information, which is provided when an
individual creates a Facebook profile or account.

g.  Subscribers to Facebook profiles/accounts also have the ability to
communicate with other Facebook profiles/accounts by means of Instant
Message (IM) (also known as Chat) providing the subscribers real-time
communications.  Facebook also maintains information regarding memory
storage of IM sessions between profiles/accounts.

h.  Facebook owns and operates a free-access social networking website of the
same name that can be accessed at http://www.facebook.com.  Facebook
allows its users to establish accounts with Facebook, and users can then use
their accounts to share written news, photographs, videos, and other

4

information with other Facebook users, and sometimes with the general public.

i.  Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.   Facebook also assigns a user identification number to each account.

j.  Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

k.  Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to

5

himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

l.  Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

m. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or

6

video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

n.  Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.  These chat communications are stored in the chat history for the account.  Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

o.  If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

p.  Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

q.  Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook

7

page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

r.   In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

s.   Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

t.   Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

8

u.  Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

v.  As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook

9

account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

## **PROBABLE CAUSE**

7.     On May 24, 2016, Alan Lewis Crawford Jr, (AKA Omar Usman Khalid) was eating at Mel's Diner in Prairie Grove, Arkansas. Crawford got upset because he believed that the waitress (hereto referred to as Waitress) was slamming the door that goes from the dining room to the kitchen. Crawford was there with his wife, Daphne Crawford (AKA, Daphne Ridenour, Umm Ammara Khalid). Alan said that only a Christian would treat them like that. Alan later got even more frustrated because his order was taking too long and because he thought the food was too expensive. He told Waitress that he should just throw this "son of a bitch" on the floor to make Waitress clean it up, referring to the food that he had ordered. Before the couple left, Daphne looked Waitress in the eye and said "People like you are the reason we kill."

8.     Later that night Waitress got onto Facebook, specifically the "**Awesome Community of Prairie Grove Arkansas**" page and saw multiple posts regarding the incident at Mel's Diner. Some of the posts were negative comments about the diner and others were hostile and threatening. The Facebook Id for that above page is "**564784926876005.**"

9.     One of Mel's customers (hereto referred to as Customer) heard about the incident and posted on Facebook "I would like to know the new people that are Muslim in town. Young white, Muslim, and stayed in the colonial hotel. I would very much like to meet you." Customer was interviewed and explained that they don't like to make judgments about people without meeting them and forming their own opinion. The Customer was very alarmed and scared about the exchange that they had with Daphne via Facebook.

- Daphne wanted to meet at Gaby's in Prairie Grove

- Customer replied that they didn't feel comfortable meeting alone

- Daphne told Customer to bring her family

11

- Daphne told Customer her husband would show up with an AK-47

- Daphne told Customer her husband is a "piece of shit coward"

- Daphne told Customer that they have lots of guns

- Daphne told Customer that her husband is a former navy seal

- Daphne told Customer her husband will shoot him

- Daphne told Customer that she ought to shut her up for good now

- Daphne sent Customer a picture of her husband in a Middle Eastern attire kneeling with a weapon described as an assault rifle

- Customer stopped talking to Daphne when the threats got violent.

10.     Customer is scared of Daphne and Alan Crawford because of the threats that she has made towards her and her family. Daphne uploaded a video of Alan kneeling prone in Middle Eastern attire with an AK-47 rifle. Individual stated that they recognized the individual in the photo as Alan Crawford.

11.     An online search for "Daphne Ridenour and Facebook," revealed a Facebook page with the user name "**daphne.ridenour**."   The user displayed name "**Umm Ammara Khalid DaphneCrawford**."   Further analysis of Facebook user name "**daphne.ridenour**," revealed **Facebook ID: 100000694209269**

12.     The Facebook postings have since been removed by the site moderators because they did not align with the rules associated with the group that they were posted on. On June 15, 2016, a preservation letter was sent to Facebook Inc. Based on the fact that Daphne made these threats on Facebook, we have reason to believe that her Facebook account would contain elements of the crime.

12

13.     As of June 20, 2016 Daphne Ridenour's Facebook account was still active

14.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### Execution of Search Warrant

15.     Because the Facebook, Incorporated servers containing the information and evidence are located outside of the Western District of Arkansas, your Affiant will not physically execute this search warrant at Facebook, Inc. in Palo Alto, California.   Instead, a copy of the search warrant will be forwarded via e-mail to the Facebook, Inc. Security/Legal Compliance Department located in Palo Alto, California via **subpoena@fb.com**. 15.   Upon   receiving   the copy of the search warrant the Facebook, Inc. Security/Legal Compliance Department will ensure that the requested records are recovered from their servers in a manner consistent with the preservation and handling of evidentiary material.   The execution of the search warrant in this manner will ensure that Facebook's business operation is uninterrupted by the otherwise physical execution of a search warrant by law enforcement and provides the least intrusion manner for all parties involved.

### CONCLUSION

16.     Based on the foregoing information, probable cause exists to believe there is located on the computer servers of Facebook, Inc., evidence of violations of Title 18, United States Code, Section 875(c) .   Your affiant prays upon his honorable court to issue a search warrant to Facebook, Inc. for the items set forth in attachment "B" (which is attached hereto and

13

incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Sections 875(c).

28.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A)).  More specifically, the Court is "a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

Respectfully submitted,

SHUN TURNER
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on _____ 7|8 _____, 2016

ERIN SETSER
UNITED STATES MAGISTRATE JUDGE

14

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID(s) and/or pages:

**1-100000694209269**, Facebook user name "**daphne.ridenour**" and displayed name "**Umm Ammara Khalid DaphneCrawford,**" AND

2-Facebook page "**Awesome Community of Prairie Grove Arkansas**" and ID **564784926876005**

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

2

## **ATTACHMENT B**

### **Particular Things to be Seized**

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody,

or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or

information that have been deleted but are still available to Facebook, or have been preserved

pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the

following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including full name, user

identification number, birth date, gender, contact e-mail addresses, Facebook

passwords, Facebook security questions and answers, physical address (including

city, state, and zip code), telephone numbers, screen names, websites, and other

personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts

and/or all posts to the wall/page of: **100000694209269**, Facebook user name

**"daphne.ridenour"** and displayed name **"Umm Ammara Khalid**

**DaphneCrawford** and any and all other  Facebook activities from **May 24 - June**

**15, 2016;**

(c)     All activity logs for the account and all other documents showing the user's posts

and/or all posts to the wall.page of **Awesome Community of Prairie Grove**

**Arkansas** on  Facebook activities from May 24 - June 15, 2016;

(d)     All photos and videos uploaded by that user ID and all photos and videos

uploaded by any user that have that user tagged in them May 24 - June 15, 2016;

(e)      All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; and information about the user's access and use of Facebook applications from May 24 - June 15, 2016;

(f)      All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests from May 24 - June 15, 2016;

(g)     All "check ins" and other location information from May 24 - June 15, 2016 ;

(h)     All IP logs, including all records of the IP addresses that logged into the account from May 24 - June 15, 2016;

(i)      All past and present lists of friends created by the account;

## II.    Information to be seized by the government

A. All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. Section 875(c) involving Daphne Ridenour  from May 24 - June 15, 2016, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Photographs and Videos sent and received through Facebook Messenger, including deleted photographs and videos.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and

2

events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to child pornography.

B. Any and all posts made to the Wall and/or Facebook page of and/or any comments made by any person made on the **Awesome Community of Prairie Grove Arkansas** by any user on May 24, 2016-June 15, 2016.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct.  I am employed by Facebook, and my official

title is _____.  I am a custodian of records for Facebook.  I state

that each of the records attached hereto is the original record or a true duplicate of the original

record in the custody of Facebook, and that I am the custodian of the attached records consisting

of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity

of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____        _____

Date                                             Signature