US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 08 2016
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

In the Matter of the Search of
**Information Associated with Facebook User names:
Facebook ID: 100000694209269, daphne.ridenour,
Umm Ammara Khalid DaphneCrawford
and Awesome Community of Prairie Grove Arkansas
with a Facebook ID of 564784926876005
that is stored at premises controlled by Facebook..**

CASE NUMBER: 16 CM 63

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property *(identify the person or describe the property to be searched and give its location)*:

( See Attachment A ) **This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41**.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

( See Attachment B )

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___7/22/16___
(not to exceed 10 days)

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>Erin L. Setser</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30)*.
    ☐ until, the facts justifying, the later specific date of .

Date and time issued: __7/8/16__, at __2:30__.         ___Erin Setser___
                                                                                                *Judge's signature*

City and state: FAYETEVILLE, Arkansas             ERIN SETSER
                                                                                United States Magistrate Judge
                                                                                *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

**Subscribed, sworn to, and returned before me this date.**

_____
*Printed name and title*

**U.S. Judge or Magistrate**                                         **Date**